# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06-CV-247

| | |
|---|---|
| MILTON HORNADAY and RUTH HORNADAY, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| Vs. | )     ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a Show Cause Order (#8) entered in the above entitled matter on April 13, 2007 directing that the parties appear and show cause why they had delayed the filing of the "CIAC" in this matter and to further conduct an initial pretrial conference with the parties so a discovery plan could be developed and it appears to the court that the parties, on April 18, 2007, filed a Stipulation of Voluntary Dismissal (#9). As a result thereof, the undersigned considers that the issues that were to be discussed and determined at the show cause hearing have been resolved to the satisfaction of the court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Show Cause Order (#8) is hereby **DISMISSED**.

Signed: April 19, 2007

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge